## GRAY v. STATE.
### No. 20696.

Court of Criminal Appeals of Texas.
Oct. 25, 1939.

R. D. Oswalt, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while intoxicated, punishment assessed being 60 days in jail and a fine of $50.

The indictment is in proper form. No statement of facts or bills of exception are in the record. Nothing is presented for review.

The judgment is affirmed.

## GRAY v. STATE.
### No. 20697.

Court of Criminal Appeals of Texas.
Oct. 25, 1939.

R. D. Oswalt, of Vernon, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while intoxicated, punishment being 60 days in jail and a fine of $50.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.